**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1318**

---

In re: SOLOMON THOMAS,

        Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (8:25-cv-04005-TDC)

---

Submitted:  June 18, 2026                    Decided:  June 24, 2026

---

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Solomon Thomas, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Solomon Thomas petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his emergency motion to compel agency action in his civil case. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Thomas's motion. Accordingly, we deny the mandamus petition.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Thomas filed a motion to expedite our review of his petition. We deny that motion.

2